IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSE LEE WHITE, JR, deceased, by and through his wife and next friend, SHARON WHITE AND SHARON WHITE )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | No. 2:20-2829 |

**ORDER GRANTING MOTION TO DISMISS**

This is a medical malpractice case.  Plaintiff Sharon White filed suit on behalf of herself and her deceased husband.  (ECF No. 1.)  On August 1, 2022, the Government filed a Motion to Dismiss for Lack of Prosecution under Federal Rule of Civil Procedure 41(b).  (ECF No. 31.)  On August 2, 2022, the Court ordered White to show cause within fourteen days why the case should not be dismissed with prejudice for failure to prosecute.  (ECF No. 32.)  As of August 19, 2022, White has not responded to the Order.  The Government's Motion is GRANTED, and the case is DISMISSED with prejudice.

So ordered this 19th day of August, 2022.

                                           */s/ Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE